**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW WALCOTT,<br><br>    Defendant. | Criminal Action No.: 15-179 (JLL)<br><br>    **ORDER** |

Currently before this Court is a letter by Defendant filed on December 28, 2015 (ECF No. 20).  Although the letter is not clear, the Court construes it as a request for an extension of time to file a notice of appeal pursuant to Federal Rule of Appellate Procedure 4 for good cause shown because of a failure by his attorney to timely file the notice as requested by him.  The Court has reviewed Defendant's request, and

   **IT IS** on this 14th day of March, 2016,

   **ORDERED** that Defendant is granted an extension of time to file a notice of appeal in this matter.  Such notice shall be filed no later than fourteen (14) days from the date of this Order.

   **IT IS SO ORDERED**.

               _____
               JOSE L. LINARES
               U.S. DISTRICT JUDGE